JUDGE BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR02-5440FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO WITHDRAW |
| EVERET L. EOFF, | ) | |
| Defendant. | ) | |

Upon motion of defense counsel, Michael Schwartz, for leave to withdraw as counsel for EVERETT EOFF, and the supporting declaration of counsel filed herein, the Court hereby

ORDERS that Michael Schwartz is hereby allowed to withdraw as counsel for the defendant.

DATED this 5th day of October, 2005.

/s/ Franklin D Burgess
Hon. Franklin D. Burgess

Presented by:

LAW OFFICES OF MICHAEL SCHWARTZ, Inc.

By: _____/s/_____
Michael E. Schwartz, WSBA #21824
Attorney for Defendant

ORDER - 1

Law Offices of Michael Schwartz, inc.
524 Tacoma Avenue South
Tacoma, WA 98402
(253)272-7161 fax (253)272-7178